# THE LAW OFFICES OF STEVEN E. LYNCH
125 MAIDEN LANE, SUITE 5C
NEW YORK, NY 10038
TELEPHONE: (212) 498-9494
FAX: (212) 498-9320
STEVEN@STEVENELYNCH.COM

January 21, 2022

**BY ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022

Re: *United States v. Joshua Oymaian*, 21 Cr. 604 (AJN)

Dear Judge Nathan:

Your Honor is currently scheduled to sentence Mr. Oymaian on February 3, 2022. I write to respectfully ask the Court to adjourn Mr. Oyamaian's sentencing. The government consents to this request. There have been no previous requests for an adjournment.

Mr. Oymaian has family and friends who would like to travel from his native California for the sentencing, but are concerned about flying with the current rates of COVID-19 infections. Moreover, Mr. Oymaian is incarcerated in MDC Brooklyn, which has suspended legal visits and imposed lockdowns on inmates for several weeks due to an outbreak of COVID-19 at the facility. As a result, I have not had adequate communication with Mr. Oymaian to prepare and review with him our sentencing submissions.

For these reasons, we respectfully request an adjournment until the second week of March and a corresponding adjustment of the due date for sentencing submissions. As noted, the government consents to the adjournment. Thank you for your consideration.

SO ORDERED

*[signature: Alison J. Nathan]*
1/24/2022

Respectfully Submitted,

*[signature]*
Steven E. Lynch
*Attorney for Joshua Oymaian*

Cc: AUSA Samuel Rothschild (by ECF)
USPO Stephanie M. McMahon (by ECF)