```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Joshua Riley Oymaian

              Defendants.

21-cr-604 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Court hereby schedules sentencing for Mr. Oymaian for **March 8, 2022, at 3:00 p.m.** The proceeding will take place in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                          _____
                                          ALISON J. NATHAN
                                          United States District Judge