UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022

United States of America,

–v–

Joshua Riley Oymaian,

Defendant.

21-cr-604 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing scheduled in this matter for Tuesday, March 8, 2022, at 2:00 PM is rescheduled to Tuesday, March 22, 2022, at 2:00 PM.

SO ORDERED.

Dated: March 2, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge